UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States,

    Plaintiff,

v().                                              Case No. 09-20424

Daryl Edward Smith,                   Honorable Sean F. Cox

    Defendant.
_____/

## ORDER AFFIRMING
## MAGISTRATE JUDGE HLUCHANIUK'S ORDER

The Court, having considered the Government's objections to Magistrate Judge Hluchaniuk's Order denying the Government's motion to cancel the evidentiary hearing on Defendant's Motion to Suppress, the Court hereby **OVERRULES** the Government's Objections and **AFFIRMS** Magistrate Judge Hluchaniuk's ruling.

    **IT IS SO ORDERED**.

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: January 5, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 5, 2010, by electronic and/or ordinary mail.

                                          S/Jennifer Hernandez
                                          Case Manager